UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 2 7 2016

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

FRANK HARGROVE (11914-007)

GILMER FEDERAL CORRECTIONAL
INSTITUTION
P. O. BOX 6000
GLENVILLE, WEST VIRGINIA
26351

Case: 1:16-cv-01009
Assigned To : Jackson, Ketanji Brown
Assign. Date : 5/27/2016
Description: Pro Se Gen. Civil

PLAINTIFF,

V.

FEDERAL BUREAU OF PRISONS,
and
GILMER FEDERAL CORRECTIONAL
INSTITUTION

DEFENDANTS

AMENDED COMPLAINT

Plaintiff respectfully submits the following Amended
Complaint to plead his case pro se; having applied to
proceed in forma pauperis because of current poverty.
Plaintiff pleads to this Court for justice in
sueing for loss of property and stress under duress.

RECEIVED
Mail Room

MAY 1 6 2016

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

On April 21, 2015 plaintiff was given personal property that included one Music Player, with which plaintiff attached the Music Player into the computer-station to download songs-music purchased prior arrival to this Gilmer FCI.

It was immediately seen that three hundred thirteen songs had been deleted from the Music Player.

Plaintiff filed a complaint with TRULINKS at the Gilmer prison, wherein TRULINKS said the plaintiff deleted the songs intentionally.

In following Inmate Grievance Procedure the plaintiff pointed out that there is a 5-step procedure to delete a song, and that it wasn't possible to delete 313 songs in under four minutes; that fifteen minutes are all the time to use the computer, and there is a thirty-minute 'wait' before the computer can again be accessed

Having being denied-rejected at all Levels of the Grievance Procedure, plaintiff attempted

redress via a TORT CLAIM, which was rejected-denied after several attempts at redress. The Federal Bureau of Prisons' BECKLEY CON-SOLIDATED LEGAL CENTER responded to plaintiff's Tort Claim saying: "did not plug your (plaintiff) MP3 player into a TRULINKS computer-station on the date songs-music was deleted".

Plaintiff responded with printout-copies of a purchase of 600 credits on 4.21.15; a copy of the 4 songs originally downloaded on 4.21.15; and a later purchase of 15 songs on 4.21.15. Nearly three months later the Beckley Consolidated Legal Center responded with: "over a period of time, you deleted 335 songs... Your claim is denied.

Plaintiff could not get the SIS-department at the Gilmer facility to respond, and act on, a request to download plaintiff's complete music file from the computer's Mainframe; as it is believed that in doing so it would show that

three hundred thirteen songs went off-line at approximately the same exact time, proving plaintiff did not intentionally delete $780.⁰⁰ worth of music.

Songs are sold at thirty one credits each ($1.55), and at twenty four credits ($1.20). Each credit is valued at five cents each. As plaintiff could not prove the bulk of his purchases were $1.55, plaintiff had humbled himself to take a loss, requesting from TRU-LINKS to be given-repaid $1.20 for each of the 313 songs. Had TRULINKS/SIS retrieved plaintiff's complete purchases from the Main-frame, it would have revealed the true amount of the cost of the deleted material.

The plaintiff did not intentionally delete the songs. A glitch-malfunction within the computer system inadvertently deleted the songs.

There may be a "3-step" procedure to delete material by BOP/PRISON staff, but for the inmate it requires a 5-step procedure to delete a song.

While it is true plaintiff has deleted a number of songs "over a period of time", the results to this action would show only about sixty songs, or less, were deleted intentionally by the plaintiff since the advent of the MP3 players introduction into the Bureau of Prisons (since Jan. 2013)

No one would purchase 313 only to delete them

Plaintiff asks this Court to rule on his behalf, granting redress in the form(s) of payment of $375.00 for the loss of 313 songs, plus $105.00 for the stress suffered these past thirteen months.

Plaintiff swears by oath this is a true bill and an accurate account-report. 28 U.S.C. § 1746 Sworn Affidavit

Frank E. Hargrove

Frank E. Hargrove

# 11914-007

U.S. DEPARTMENT OF JUSTICE

**REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: HARGROVE  FRANK  E.        11914-007       A1-122    FCI GILMER
      LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A– INMATE REQUEST** On or about 4.21.15 I downloaded 4 songs purchased on 11.28.15, as I was in Transit up til the former date. I followed written instructions-procedure to exit the computer when downloading was completed, waited the required 30 minutes to use the computer again, and, once logged in, I saw that 300 songs did not show up. What should have read 907 songs only showed "607". Central-Tru Links are quick to say that I deleted the songs, while I am slow with a rejoinder, that, intentionally or un-intentionally, Central or the computer itself deleted my songs. It is not possible for me to delete 300 songs in less than 8 minutes, as I am allowed only 15 minutes/4 times a day (with a 30-minute waiting period between sessions), Click 3 different icons, and key-in a 9-digit I.D. number; all that to delete ONE song. It'd take a minimum of 3 weeks to delete 300 songs. I want to be credited for the songs the computer took from me.

4.30.15
      DATE                          SIGNATURE OF REQUESTER

**Part B– RESPONSE**

4/30/15

---

DATE                              WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

SECOND COPY: RETURN TO INMATE          CASE NUMBER: 82159-F1

                                         CASE NUMBER: 82159-F1

**Part C– RECEIPT**

Return to: _____
      LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

SUBJECT: _____

---

DATE                      RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN        PRINTED ON RECYCLED PAPER                  BP-229(13)
                                                           APRIL 1982

RECEIPT - ADMINISTRATIVE REMEDY


DATE: MAY 27, 2015



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      GILMER FCI

TO  : FRANK E HARGROVE, 11914-007
      GILMER FCI    UNT: A    QTR: A01-122L



THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID      : 821519-F1
DATE RECEIVED  : MAY 19, 2015
RESPONSE DUE   : JUNE 8, 2015
SUBJECT 1      : TRULINCS
SUBJECT 2      :

**FEDERAL CORRECTIONAL INSTITUTION-GILMER, GLENVILLE, WV**
**PART B   RESPONSE TO INSTITUTION ADMINISTRATIVE REMEDY**

**Date Filed: May 19, 2015          Remedy ID No. 821519-F1**

Your Request for Administrative Remedy #821519-F1 was received on May 19, 2015.  You request to be credited for songs you allege were deleted by the TRULINCS station.

A review into this matter reveals on/or about April 21, 2015, you plugged your MP3 player into a TRULINCS station to download songs. At this time you claim 300 songs were deleted from your account. TRULINCS section of the Trust Fund Branch was contacted about this situation.  A review of your account was conducted and it was determined that you deleted these songs.

Based upon the above information, your request for relief is denied.

If dissatisfied with this response, you may appeal to the Regional Director, Federal Bureau of Prisons, Mid-Atlantic Regional Office, 302 Sentinel Drive, Suite 200, Annapolis Junction, MD 20701.  Your appeal must be received in the Regional Office within 20 calendar days from the date of this response.

_____          6/5/15
C. Williams, Warden                                  Date

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Hargrove Frank E.    11914-007    A1    FCI GILMER
　　　　LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL**  I am accusing the dysfunctional computer and TruLinks for The deletion of three hundred and thirteen songs from my mp3 player, Central-TruLinks maintain that I deleted songs I purchased because they're songs I wanted, and had no reason to delete. They accuse me of deleting material no one could possibly delete in the time made available. It takes a minimum of one and one-half minutes to delete one song; one must click an icon, respond to a prompt by clicking yes or NO, type a 9-digit password, click again, and wait for the material to be deleted. One might delete about a dozen songs in the 15 minutes provided, but even so, once the time allotted is passed, one has to wait 30 minutes to re-boot the pc, and chances are that someone is now using the pc I would have vacated to get back on. I was on the pc for less than 4 minutes - DOWNLOADING 4 songs purchased 6 months past - when I saw that 313 songs were deleted that wasn't my doing.

6.12.15
DATE

_Frank Hargrove_
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____
DATE

_____
REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE

CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
　　　　LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____
DATE

_____
SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)

RECEIPT - ADMINISTRATIVE REMEDY


DATE: JULY 8, 2015



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      MID-ATLANTIC REGIONAL OFFICE

TO  : FRANK E HARGROVE, 11914-007
      GILMER FCI    UNT: A    QTR: A01-122L



THIS ACKNOWLEDGES THE RECEIPT OF THE REGIONAL APPEAL
IDENTIFIED BELOW:

REMEDY ID      : 821519-R1
DATE RECEIVED  : JUNE 29, 2015
RESPONSE DUE   : JULY 29, 2015
SUBJECT 1      : TRULINCS
SUBJECT 2      :

## ADMINISTRATIVE REMEDY REGIONAL APPEAL
### Part B - Response

**Date Filed: June 29, 2015**          **Remedy I.D. No: 821519-R1**

You appeal the Warden's response to your Request for
Administrative Remedy.  You state that the TRULINCS system
deleted 300 songs from your account.  You request a credit for
the songs deleted.

Our investigation revealed that the Warden's response to your
appeal was accurate.  The songs in question were found to be
manually deleted by selecting each song, confirming each
deletion by entering your PAC number, then selecting "Delete".

Your appeal of the Warden's response is denied.  If you are
dissatisfied with this response, you may appeal to the General
Counsel, Federal Bureau of Prisons, 320 First Street, N.W.,
Washington, D.C. 20534. Your appeal must be received in the
General Counsel's Office within thirty (30) days from the date
of this response.

JUL 14 2015
_____
Date

                                      J. F. Caraway
                                      Regional Director
                                      Mid-Atlantic Region

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY


DATE: AUGUST 11, 2015



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : FRANK E HARGROVE, 11914-007
      GILMER FCI    UNT: A    QTR: A01-122I



ADDITIONAL TIME IS NEEDED TO RESPOND TO THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID       : 821519-A1
DATE RECEIVED   : JULY 27, 2015
RESPONSE DUE    : SEPTEMBER 25, 2015
SUBJECT 1       : TRULINCS
SUBJECT 2       :

RECEIPT - ADMINISTRATIVE REMEDY


DATE: AUGUST 11, 2015



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO   : FRANK E HARGROVE, 11914-007
       GILMER FCI    UNT: A   QTR: A01-122L



THIS ACKNOWLEDGES THE RECEIPT OF THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW:

REMEDY ID       : 821519-A1
DATE RECEIVED   : JULY 27, 2015
RESPONSE DUE    : SEPTEMBER 25, 2015
SUBJECT 1       : TRULINCS
SUBJECT 2       :

U.S. Department of Justice

**Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: HARGROVE, Frank E        11914-007     A1        GILMER
      LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A - REASON FOR APPEAL** I was fortunate enough to be able to purchase many songs when MP3 players were brought into the BOP, and in the begining I did "delete" songs that I hadn't heard in 40+ years. But after this I purchased songs to keep, not DELETE. I arrived at this FCI Gilmer late March 2015, and upon receiving my personal property promptly went to the computer to download material purchased at Marianna FCI. At this time I had approximately 952 songs on the music player. When I downloaded the aforementioned material, 313 songs were deleted by the computer. When I reported this action I was told that I deleted the songs, despite my showing that it wasn't possible to delete this many songs in under three minutes; that the process to delete this many songs would take days, if not weeks, to Delete. I didn't delete my music. The computer did it on its own.

7.19.15
DATE

Frank E Hargrove
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____        _____
DATE                             GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE       CASE NUMBER: _____

**Part C - RECEIPT**
                                 CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION
SUBJECT: _____

_____        _____
DATE                             SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)
JUNE 2002

To: The Honorable Court
     Officer Clerk
     of the Court


Plaintiff asserts there was no
reply from Washington, DC in response
to plaintiff Level Three (BP-11) Grievance.

Plaintiff was told:

"no response is to be taken as a
Rejection" towards his grievance.



**U.S. Department of Justice**

Federal Bureau of Prisons

*Beckley Consolidated Legal Center*

*1600 Industrial Park Road, P.O. Box 1280*
*Beaver, West Virginia 25813*

February 9, 2016

Frank Hargrove
Reg. No. 11914-007
FCI Gilmer
P.O. Box 6000
Glenville, WV   26351

Re:    Administrative Claim No. TRT-MXR-2016-00447   Reconsideration

Dear Mr. Hargrove:

This will acknowledge receipt on February 1, 2016, of your letter regarding the above
administrative claim.   We have interpreted your letter as a request for reconsideration and that
request has been granted.

We have six months from the date of filing your request for reconsideration in which to review,
consider, and adjudicate your claim.

All correspondence regarding this claim should be addressed to: Debbie Stevens, Supervisory
Attorney, Beckley Consolidated Legal Center, P.O. Box 1280, Beaver, West Virginia 25813.

When corresponding with this office regarding this claim, please refer to the above claim
number.   If you have any questions about the status of your claim or if the circumstances
surrounding this claim change in any fashion, contact this office immediately.   Also, should your
address change, please advise accordingly.

Sincerely,

Debbie Stevens
Supervisory Attorney



**U.S. Department of Justice**

Federal Bureau of Prisons

*Beckley Consolidated Legal Center*

*1600 Industrial Park Road, P.O. Box 1280*
*Beaver, West Virginia 25813*

December 31, 2015

Frank Hargrove
Register No. 11914-007
FCI Gilmer
P.O. Box 6000
Glenville, WV   26351

Re: Administrative Claim Number TRT-MXR-2016-00447

Dear Mr. Hargrove:

Your claim has been accepted and considered for administrative settlement under 31 U.S.C. § 3723.   You claim government liability in the amount of $375.00 for loss of personal property at FCI Gilmer.   Specifically, you claim that on April 21, 2015, after downloading 4 songs from the computer, 313 of your old songs were deleted from your MP3 player.

During the investigation, the Inmate Device Activity Report was reviewed.  The report revealed that you did not plug your MP3 player into a TRULINCS station on April 21, 2015. Additionally, the report revealed that on several different occasions, you deleted music from your MP3 player.

As there is no evidence any act or omission of a Government employee was a factor in your loss, your claim is denied.   This is a formal denial of your claim.   There is no judicial review for claims decided pursuant to 31 U.S.C. § 3723.   You may, however, request in writing that the Bureau reconsider your claim.   Your request for reconsideration must be submitted within three months of the date of the mailing of this letter.   You must include additional evidence of the damage of loss to support your request for reconsideration.

Sincerely,

Matthew W. Mellady
Regional Counsel

BP-A0148
JUNE 10

INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE                     FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) MR DETERMEN / R+D | DATE: 1.12.16 |
|---|---|
| FROM: HARGROVE, FRANK | REGISTER NO.: 11914-007 |
| WORK ASSIGNMENT: FACILITIES | UNIT: A1 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

As per your request I am forwarding
a Cop out to get the date R+D
gave me my personal property
back in March 2015.
Thank you for your services.

(Do not write below this line)

DISPOSITION:

2 Boxes on (4/21/15) from Loretto

M-P
CSO

| Signature Staff Member | Date |
|---|---|
|  |  |

Record Copy - File; Copy - Inmate

PDF                          Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER          SECTION 6



**U.S. Department of Justice**

Federal Bureau of Prisons

*Beckley Consolidated Legal Center*

*1600 Industrial Park Road, P.O. Box 1280*
*Beaver, West Virginia 25813*

March 24, 2016

Frank Hargrove
Register No. 11914-007
FCI Gilmer
P.O. Box 6000
Glenville, WV   26351

Re:    Administrative Claim No. TRT-MXR-2016-00447        Reconsideration

Dear Mr. Hargrove:

This will acknowledge receipt on February 12, 2016, of your correspondence regarding the above
mentioned administrative claim which we are interpreting as a request to reconsider.

Further investigation revealed there is a three step process to delete a song from your TRULINCS
account.   Based on account information, 335 individual songs were deleted over a period of
time.   The claim that this occurred at one time is not found to be accurate and cannot be
supported by any evidence.

Please note that we do not find any new information to depart from our original decision.
Accordingly, your claim is denied.   This is a final denial of your claim.   There is no judicial
review for claims decided pursuant to 31 U.S.C. § 3723.

Sincerely,

Matthew W. Mellady
Regional Counsel